**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,          :   No. 96 WAL 2023
                                       :
                  Respondent           :
                                       :
                                       :   Petition for Allowance of Appeal
                                       :   from the Order of the Superior Court
            v.                         :
                                       :
                                       :
CALVIN STEWART ALSTON,                 :
                                       :
                  Petitioner           :

## ORDER

**PER CURIAM**

    **AND NOW**, this 13th day of September, 2023, the Petition for Allowance of Appeal is **DENIED**.